393 A.2d 1298

Snyder Appeal.

Argued April 17, 1978. James H. English, Assistant Public Defender, for appellant; Frederick B. Gieg, Jr., submitted a brief for appellee.

Order affirmed.

HOFFMAN, CERCONE and SPAETH, JJ., dissented.